IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GARY FLOWERS and**                                                                            **PLAINTIFFS**
**DEBBIE FLOWERS,**
*Individually and on behalf of all*
*others similarly situated*

v.                         Case No. 4:21-cv-00330-LPR

**FLYWHEEL ENERGY PRODUCTION, LLC;**
**MERIT ENERGY COMPANY, LLC; and**
**RIVERBEND OIL & GAS VIII, LLC**                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendants on all claims brought against them in this case.

IT IS SO ADJUDGED this 29th day of January 2025.

                                                                                      _____
                                                                                      LEE P. RUDOFSKY
                                                                                      UNITED STATES DISTRICT JUDGE